UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COLLINS IRIS GASTON, | ) | |
| | ) | |
| Petitioner. | ) | Case Numbers: |
| vs. | ) | CR 03-S-40-S |
| | ) | CV 03-S-8045-S |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendations on August 15, 2006, recommending that the motion to amend and motion to vacate filed by Collins Iris Gaston be denied. On August 31, 2006, Mr. Gaston filed objections to the findings and recommendations.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's findings and recommendations, and the objections filed by the Mr. Gaston, the Court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, ADOPTED, and his recommendations ACCEPTED. Accordingly, the motion to amend and the motion to vacate are due to be DENIED. A Final Judgment will be entered.

DONE and ORDERED this 12th day of September, 2006.

_____
United States District Judge