FILED

2008 Jan-16  AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **COLLINS IRIS GASTON,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | **Case Numbers:** |
| **vs.** | **)** | **CR 03-S-40-S** |
| | **)** | **CV 03-S-8045-S** |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## MEMORANDUM OF OPINION

After an evidentiary hearing conducted in this case pursuant to the direction of the Eleventh Circuit Court of Appeals, the magistrate judge filed his findings and recommendations on November 19, 2007.  On December 6, 2007, Mr. Gaston filed objections to the findings and recommendations.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendations and the objections filed by the Mr. Gaston, the Court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, ADOPTED, and his recommendations are ACCEPTED. Accordingly, Mr. Gaston's objections are due to be OVERRULED and his § 2255 petition alleging ineffective assistance of counsel upon a failure of his attorney to file an appeal when instructed to do so is due to be DENIED.  A Final Judgment will be entered.

DONE this 16th day of January, 2008.

_____
United States District Judge